UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 91-706-CR-MOORE

UNITED STATES OF AMERICA,

     Plaintiff(s),

vs.

PRIMITIVO REIGOSA,

     Defendant(s).

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATIONS
## NUNC PRO TUNC

THIS MATTER is before the Court on the Magistrate's Report and Recommendation issued November 12, 2002 (D.E. #289) and Report and Recommendation issued August 4, 2003 (D.E. #308).

The Court having considered the record, having reviewed the case history and being fully advised in the premises, it is

ORDERED AND ADJUDGED that the said Reports and Recommendations are hereby ADOPTED NUNC PRO TUNC.

DONE AND ORDERED in Chambers at Miami, Florida this /6/ day of November, 2006.

K. MICHAEL MOORE
UNITED STATES DISTRICT JUDGE

Copies Furnished to:

All counsel and pro se parties of record